**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Southern District Of New York _____

Case number (*if known*): _____   Chapter 7

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Adorn Fashions Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 1  3  –  2  9  4  3  1  2  4 |

**4. Debtor's address**

**Principal place of business**

1407 Broadway, Suite 1805
Number     Street

_____

New York              NY      10018
City                      State      ZIP Code

NEW YORK
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City              State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.adornfashions.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Adorn Fashions Inc. _____    Case number *(if known)* _____
              Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

__4__  __2__  __4__  __3__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                           MM / DD / YYYY

          District _____  When _____  Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

          District _____  When _____
                                                        MM  /  DD  / YYYY

          Case number, if known _____

| Debtor | Adorn Fashions Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Adorn Fashions Inc.                                         Case number (if known) _____
          Name

## 16. Estimated liabilities

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☒ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM / DD / YYYY

✗ _~Morris Zinn~_ (signature)                    Morris Zinn
Signature of authorized representative of debtor   Printed name

Title  President

### 18. Signature of attorney

✗ _____                                 Date _____
Signature of attorney for debtor                        MM / DD / YYYY

Douglas J. Pick, Esq.
Printed name

Pick & Zabicki LLP
Firm name

369 Lexington Avenue, 12th Floor
Number    Street

New York                                          NY        10017
City                                              State     ZIP Code

(212) 695-6000                                    dpick@picklaw.net
Contact phone                                     Email address

_____                                   _____
Bar number                                        State

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:

                                   Case No. BKY

Adorn Fashions Inc.,

Debtor(s)                               Chapter 7 Case

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Morris Zinn, declare under penalty of perjury that I am the President of Adorn Fashions Inc., a New York corporation and that on January 18, 2016 the following resolution was duly adopted by the Sole Director of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Morris Zinn, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Morris Zinn, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Morris Zinn, President of this corporation, is authorized and directed to employ Douglas J. Pick, Esq., attorney and the law firm of Pick & Zabicki LLP to represent the corporation in such bankruptcy case."

| Executed on: | Signed:  _Morris Zinn_ |
|---|---|
|  | Morris Zinn  *(Name and Address of Subscriber)* |

| Fill in this information to identify the case: |
|---|
| Debtor name _____ **Adorn Fashions Inc.** _____ |
| United States Bankruptcy Court for the: **Southern District of New York** |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B* ............................................................................

$ **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* ..........................................................................

$ **0.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* ............................................................................

$ **0.00**

---

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* ...........................

$ **1,071,400.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................

$ **0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................

+ $ **13,542,376.06**

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

$ **14,613,776.06**

| Fill in this information to identify the case: |
| --- |
| Debtor name  Adorn Fashions Inc. |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.
   ☒  Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                       Current value of debtor's interest

2. **Cash on hand**                                                                                          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. JPMorgan Chase Bank | Operating Account | ___ ___ ___ ___ | $ 0.00 |
| 3.2. JPMorgan Chase Bank | Wire Transfer Account | ___ ___ ___ ___ | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 0.00

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐  No. Go to Part 3.
   ☒  Yes. Fill in the information below.

                                                                                                  Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor    Adorn Fashions Inc.                                            Case number (if known)_____
            Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1. Traveler's Insurance _____    $ Unknown _____

    8.2. _____    $ _____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                    $ 0.00 _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                         Current value of debtor's
                                                                         interest

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ....➔    $ _____
                                face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ....➔    $ _____
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                            Valuation method        Current value of debtor's
                                                            used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

    15.1. _____    _____ %    _____    $ _____

    15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                  $ _____

Debtor    Adom Fashions Inc.
          Name

Case number *(if known)*_____

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Adorn Fashions Inc.    Case number (if known)_____
              Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  $_____  _____  $_____

47.2 _____  $_____  _____  $_____

47.3 _____  $_____  _____  $_____

47.4 _____  $_____  _____  $_____

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  $_____  _____  $_____

48.2 _____  $_____  _____  $_____

49.  **Aircraft and accessories**

49.1 _____  $_____  _____  $_____

49.2 _____  $_____  _____  $_____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $_____  _____  $_____

51.  **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.  $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor  Adorn Fashions Inc.

Name

Case number (if known)_____

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

[X] No. Go to Part 10.

[ ] Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

[ ] No

[ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

[ ] No

[ ] Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

[ ] No. Go to Part 11.

[X] Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www.adornfashions.com | $_____ | _____ | $ Unknown |
| 62. **Licenses, franchises, and royalties**<br> | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br> | $_____ | _____ | $_____ |
| 65. **Goodwill**<br> | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Adorn Fashions Inc.                                    Case number (if known)_____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   - ☒ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☒ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☐ No. Go to Part 12.
   - ☒ Yes. Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71. **Notes receivable**

   Description (include name of obligor)

   _____  _____  —  _____  = ➜  $_____
                            Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   2012 Net Operating Loss
   _____  Tax year _____  $ Unknown
   _____  Tax year _____  $_____
   _____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

                                                                            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   Nature of claim         _____

   Amount requested        $_____                                $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                            $_____

   Nature of claim         _____

   Amount requested_       $_____

76. **Trusts, equitable or future interests in property**

                                                                            $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

                                                                            $_____

                                                                            $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.                      $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

Debtor      Adorn Fashions Inc.                                                    Case number (if known)_____
            Name

<table>
<tr><td></td><td></td></tr>
</table>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $0.00 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................................  $0.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Adorn Fashions Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
EPK Financial Corp.

**Creditor's mailing address**
See Attachment 1
Dallas, Texas 75225

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Second Priority Security Interest Against All Assets       $ 923,400.00     $ 0.00

**Describe the lien**
Security Agreement/UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
LSQ Funding Group L.C.

**Creditor's mailing address**
See Attachment 2
San Francisco, California 94105-3493

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines __

**Describe debtor's property that is subject to a lien**
See Attachment 2       $ Unknown     $ 0.00

X

**Describe the lien**
Security Agreement/UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $ 1,071,400.00

Debtor    Adorn Fashions Inc.
_____
Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

**Creditor's name**

On Deck Capital, Inc.

**Creditor's mailing address**

1400 Broadway
New York, New York 10018

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Third Priority Security Interest Against All
Assets
_____
_____

**Describe the lien**
Security Agreement/UCC
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 148,000.00       $ 0.00

**2.4**

**Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**
_____
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____       $_____

Attachment
Debtor: Adorn Fashions Inc.          Case No:

Attachment 1

     d/b/a King Trade Capital, 5944 Luther Lane, Suite 300

Attachment 2

     Buchalter Nemar, P.C., 55 Second Street, Suite 1700

     First Priority Security Interest Against All Assets - Creditor Took Possession of
Approximately $10,000,000 of Collateral Against Secured Indebtedness Totaling
Approximately $11,000,000 - Current Balance Owed Net of Recovery on Collateral is
Unknown

| Fill in this information to identify the case: |
|---|
| Debtor        Adorn Fashions Inc. |
| United States Bankruptcy Court for the:    Southern District of New York |
| Case number (If known) _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Canada Revenue Agency

275 Pope Road, Suite 103

Summerside, PE, Canada, C1N 6A2

**Date or dates debt was incurred**
2014 & 2015 - GST

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ Unknown       $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes and Other Government
Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
NYC Dept. of Finance

345 Admas Street, 3rd Floor, Legal

Brooklyn, New York 11201

**Date or dates debt was incurred**
2014 & 2015 Commercial Rent Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ Unknown       $ Unknown
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes and Other Government
Debts

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
_____

_____

_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is: $ _____       $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Adorn Fashions Inc.
        Name                                                        Case number (if known)_____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |                                                                                                 |                                                                                                                        | Amount of claim |
|-----|-------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------|-----------------|

**3.1** Nonpriority creditor's name and mailing address

12K Apparel, Inc.

1015 Croker Street #R37

Los Angeles, California 90021

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,230.00

---

**3.2** Nonpriority creditor's name and mailing address

24/Seven Inc.

120 Wooster Street

New York, New York 10012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,500.00

---

**3.3** Nonpriority creditor's name and mailing address

7th Avenue Stationers, Inc.

210 West 35th Street 2nd Floor

New York, New York 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 119.64

---

**3.4** Nonpriority creditor's name and mailing address

Abercrombie Accounting Group

517 Flinders Street

Townsville City, Australia, QLD 4810

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,090.00

---

**3.5** Nonpriority creditor's name and mailing address

Accent Labels UK Ltd.

Room 2302-2304 Well Tech Centre 9 Pat Tat Street

San Po Kong, Hong Kong,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 607.27

---

**3.6** Nonpriority creditor's name and mailing address

AFLAC

1932 Wynnton Road

Columbus, Georgia 31999-6005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 310.16

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**   Nonpriority creditor's name and mailing address

AJSE Inc. d/b/a Sant Fe Finishing

2460 E. 12th Street Unit C

Los Angeles, California 90021

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

$1,904.70

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.8**   Nonpriority creditor's name and mailing address

Alba Wheels Up International Inc.

150-30 132nd Avenue Suite 208

Jamaica, New York 11434

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Freight/Shipping Services

$58,476.93

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.9**   Nonpriority creditor's name and mailing address

Alyce Zinn

345 East 73rd Street Apt. 6G

New York, New York 10021

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Loans

$77,587.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address

Alyce Zinn

345 East 73rd Street Apt. 6G

New York, New York 10021

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Compensation/Expense Reimbursement

$117.20

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.11**   Nonpriority creditor's name and mailing address

AME Express

901 W. Hyde Park Blvd.

Inglewood, California 90302

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Freight/Shipping Services

$86,600.16

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

American Express

P.O. Box 1270

Newark, New Jersey 07101-1270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Credit Card

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 54,050.77

---

**3.13** Nonpriority creditor's name and mailing address

American Express

P.O. Box 1270

Newark, New Jersey 07101-1270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,298.79

---

**3.14** Nonpriority creditor's name and mailing address

American Express

P.O. Box 1270

Newark, New Jersey 07101-1270

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,114.22

---

**3.15** Nonpriority creditor's name and mailing address

Annmarie Shapiro Menegaz

8 Raleigh Avenue

Cranford, New Jersey 07016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Independent Contractor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,825.00

---

**3.16** Nonpriority creditor's name and mailing address

Aphrodite Fashion Solutions

51 Bourke Road

Alexandria, Australia, NSW 2015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,749.90

---

Debtor    Adorn Fashions Inc.
          Name                                                    Case number (if known) _____

| Part 2: | Additional Page |

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the
> previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** | Nonpriority creditor's name and mailing address

APL Logistics

16220 N. Scottsdale Road Suite 400

Scottsdale, Arizona 85254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Freight/Shipping Services

$ 170.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.18** | Nonpriority creditor's name and mailing address

Apparel Group

250 Belmont Avenue

Haledon, New Jersey 07508

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 22,955.54

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.19** | Nonpriority creditor's name and mailing address

Atlas Print Solutions

589 8th Avenue 4th Floor

New York, New York 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$ 81.68

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.20** | Nonpriority creditor's name and mailing address

August

21 David Street

Richmond, Australia, VIC 3121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$ 1,500.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.21** | Nonpriority creditor's name and mailing address

Automated Answering Systems

224 West 30th Street Suite 805

New York, New York 10001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$ 615.14

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** | Nonpriority creditor's name and mailing address

Avery Dennison

15178 Collection Centre Drive
Chicago, Illinois 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

$ 601.99

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

Barry Zinn

300 East 71st Street
New York, New York 10021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 3,233.65

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

BDO

100 Park Avenue
New York, New York 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting Services

$ 45,622.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

Beauticurve

16 Town Park, #5
Little Rock, Arkansas 72227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 400.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

Bell Canada

P.O. Box 8712 Succ. Centre-Ville
Montreal, QC, Canada, H3C 3P6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$ 438.60

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor __Adorn Fashions Inc.__
       Name

16-10115-shl   Doc 1   Filed 01/18/16   Entered 01/18/16 15:21:13   Main Document
                                    Pg 24 of 110   Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** | Nonpriority creditor's name and mailing address

Benny Lau

Unknown

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Expense Reimbursement

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80,000.00

---

**3.28** | Nonpriority creditor's name and mailing address

Berkshire Life Insurance

P.O. Box 644782

Pittsburgh, Pennsylvania 15264-4782

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,463.30

---

**3.29** | Nonpriority creditor's name and mailing address

Bloomingdales

P.O. Box 183084

Columbus, Ohio 43218

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,319.34

---

**3.30** | Nonpriority creditor's name and mailing address

Bobbi Schwartz

c/o Steven Mitchell Sack, Esq. 110 East 59th Street, 19th Floor
New York, New York 10022

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Sales Commissions

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.31** | Nonpriority creditor's name and mailing address

Bracco Agency Inc.

514 Larkfield Road Suite 4B

East Northport, New York 11731

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Insurance

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,058.67

---

Debtor    16-10115-sbl   Doc 1   Filed 01/18/16   Entered 01/18/16 15:21:13   Main Document
Adorn Fashions Inc.          Pg 25 of 110       Case number (if known)
     Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** | **Nonpriority creditor's name and mailing address**

Brother International (HK) Co. Limited

250 King's Road Fortress Tower Unit 1505B of 15/F
Fortress Hill, Hong Kong, RV BVI

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 159,986.65

---

**3.33** | **Nonpriority creditor's name and mailing address**

California Transport Enterprises, inc.

P.O. Box 471
South Gate, California 90280

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Freight/Shipping Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 245.29

---

**3.34** | **Nonpriority creditor's name and mailing address**

Cando International Enterprise (HK) Limited

9/F, Kaili Masion, #608 Yingbin Roa, Shangyu District
Shaoxing City, Zhejiang , China

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 5,675.00

---

**3.35** | **Nonpriority creditor's name and mailing address**

Capital Logistics & Warehouse Group Inc.

30 Passaic Street
Woodridge, New Jersey 07075

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Freight/Shipping Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 102,943.35

---

**3.36** | **Nonpriority creditor's name and mailing address**

Capital One Bank USA, NA

P.O. Box 71083
Charlotte, North Carolina 28272-1083

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 11,859.01

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37**  Nonpriority creditor's name and mailing address

Changzhou Yidele Apparel Co. Ltd.

33 E.N. Circle Road

Jiangsu, China, 213200

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt - Alleged Co-Debtor Liability is Disputed

$ 11,340.00

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38**  Nonpriority creditor's name and mailing address

Chase Card

P.O. Box 15153

Wilmington, Delaware 19886-5153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$ 39,029.26

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39**  Nonpriority creditor's name and mailing address

Chase Card

P.O. Box 15153

Wilmington, Delaware 19886-5153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$ 6,977.03

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40**  Nonpriority creditor's name and mailing address

Chase Card

P.O. Box 15153

Wilmington, Delaware 19886-5153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$ 6,198.26

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41**  Nonpriority creditor's name and mailing address

Chase Card

P.O. Box 15153

Wilmington, Delaware 19886-5153

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

$ 12,997.80

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    16-10115-shl    Doc 1    Filed 01/18/16    Entered 01/18/16 15:21:13    Main Document
Adorn Fashions Inc.
Name      Pg 27 of 110    Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42**   Nonpriority creditor's name and mailing address

Checkpoint Systems Inc.

P.O. Box 742884

Atlanta, Georgia 30374

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** General Goods/Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 277.96

---

**3.43**   Nonpriority creditor's name and mailing address

CIT Technology Financial Services Inc.

21146 Network Place

Chicago, Illinois 60673-1211

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment Finance/Lease

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 3,971.82

---

**3.44**   Nonpriority creditor's name and mailing address

Citi Business Card

Processing Center

Des Moines, Iowa 50363

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 13,901.86

---

**3.45**   Nonpriority creditor's name and mailing address

City Fashion Express

P.O. Box 894829

Los Angeles, California 90189-4829

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,078.58

---

**3.46**   Nonpriority creditor's name and mailing address

City Logistics & Transport Inc.

P.O. Box 894833

Los Angeles, California 90189-4833

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Freight/Shipping Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 2,956.98

---

Debtor    Adorn Fashions Inc.
             Name                                                         Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.47** | Nonpriority creditor's name and mailing address

Clique Media

360 N. La Cienega Blvd. 3rd Floor B
Los Angeles, California 90048

As of the petition filing date, the claim is: $5,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  General Goods/Services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.48** | Nonpriority creditor's name and mailing address

Cloud Forward

183 Tucker Avenue
San Francisco, California 94134

As of the petition filing date, the claim is: $1,809.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Goods/Services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.49** | Nonpriority creditor's name and mailing address

Cmm Inc./Conte Model Mgmt Inc.

P.O. Box 522
Lyndhurst, New Jersey 07071

As of the petition filing date, the claim is: $8,280.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Goods/Services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.50** | Nonpriority creditor's name and mailing address

Columbia Omni Corp.

14 West 33rd Street
New York, New York 10001

As of the petition filing date, the claim is: $1,340.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Goods/Services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.51** | Nonpriority creditor's name and mailing address

Con Edison

4 Irving Place Bankruptcy Group, Rm. 1875-S
New York, New York 10003

As of the petition filing date, the claim is: $73.14
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Adorn Fashions Inc.                                    Case number (if known) _____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.52** | **Nonpriority creditor's name and mailing address**

Cosmopolitan

P.O. Box 6000

Harlan, Iowa 51593-5532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** General Goods/Services

$15.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

Curvy Fashionista

Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$4,100.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

Delmar International Inc.

10636 Cote De Liesse

Lachine, QC, Canada, H8T 1A5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$14,577.85

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

Earthlink Business

P.O. Box 88104

Chicago, Illinois 60680-1104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$4,044.17

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

EFax.com

6922 Hollywood Blvd. Suite 500

Hollywood, California 90028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$64.75

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    16-10115-sbl    Doc 1    Filed 01/18/16    Entered 01/18/16 15:21:13    Main Document
Adorn Fashions Inc.    Case number (if known) _____
Name        Pg 30 of 110

| Part 2: | Additional Page |
|---|---|

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57**   Nonpriority creditor's name and mailing address

Electrolux Home Products, Inc.

P.O. Box 212549
Augusta, Georgia 30917

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** General Goods/Services

$ 289.97

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.58**   Nonpriority creditor's name and mailing address

Ever Concord

452 N. Oak Street
Inglewood, California 90302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$ 300.00

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.59**   Nonpriority creditor's name and mailing address

EZ Worldwide Express

669 Division Street
Elizabeth, New Jersey 07201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Freight/Shipping Services

$ 11.59

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.60**   Nonpriority creditor's name and mailing address

FedEx

P.O. Box 371461
Pittsburgh, Pennsylvania 15250-1461

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$ 494.26

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.61**   Nonpriority creditor's name and mailing address

FedEx Freight

P.O. Box 223125
Pittsburgh, Pennsylvania 15251-2125

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Freight/Shipping Services

$ 13,654.87

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Adorn Fashions Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

FedEx Trade Networks Transport & Brokerage (Canada), Inc.

Box 916200 P.O. Box 4090, Station A

Toronto, ON, Canada, M5W 0E9

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Freight/Shipping Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,604.12

---

**3.63** | **Nonpriority creditor's name and mailing address**

Fineline Technoligies, Inc.

P.O. Box 934219

Atlanta, Georgia 31193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,171.65

---

**3.64** | **Nonpriority creditor's name and mailing address**

Fourth Floor Fashion

10100 Santa Monica Blvd. Suite 900

Los Angeles, California 90067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,300.00

---

**3.85** | **Nonpriority creditor's name and mailing address**

FP Mailing Solutions

P.O. Box 4510

Carol Stream, Illinois 60197-4510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55.36

---

**3.66** | **Nonpriority creditor's name and mailing address**

G X S

P.O. Box 640371

Pittsburgh, Pennsylvania 15264-0371

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,672.31

---

Debtor    Adorn Fashions Inc.
          Name                                                    Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.67** Nonpriority creditor's name and mailing address

Garrity, Graham, Murphy, Garofalo & Flinn

72 Eagle Rock Avenue Suite 350
East Hanover, New Jersey 07936

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Legal Services

$9,255.88

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

Gerber Technology

P.O. Box 95060
Chicago, Illinois 60694-5060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Goods/Services

$12,715.51

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

Glamour Magazine

P.O. Box 37688
Boone, Iowa 50037-0688

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Goods/Services

$16.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

Gliberto Perez

Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Goods/Services

$28.76

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

GMG Transwest Corp.

65 Orville Drive
Bohemia, New York 11716

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Freight/Shipping Services

$74,140.19

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor ___Adorn Fashions Inc._____    Case number (if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.72** | Nonpriority creditor's name and mailing address

Go Studios

245 West 29th Street 7th Floor
New York, New York 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** General Goods/Services

$ 7,704.49

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address

Greenberg Traurig LLP

333 SE 2nd Avenue Suite 4400
Miami, Florida 33131

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Services

$ 10,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP

399 Park Avenue 25th Floor
New York, New York 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

$ 503.25

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address

Guangzhou Textiles Holdings Ltd.

6/F, Guangtex Building 438 Dongfeng Road, Vexiu District
Guangzhou, Guangdong, China,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade Debt

$ 340,413.30

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address

Hefu Garments Co. Ltd.

8th Floor, Wanchun Building Baozou Road
Quanzhou, Fujian, China,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Trade Debt

$ 59,331.52

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Adorn Fashions Inc.
          Name                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** | Nonpriority creditor's name and mailing address

IESI-NY Corporation

P.O. Box 660654

Dallas, Texas 75266-0654

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: General Goods/Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 122.67

---

**3.78** | Nonpriority creditor's name and mailing address

IFS (N.Y.) Inc.

147-32 Farmers Blvd. 2nd Floor

Jamaica, New York 11434

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Freight/Shipping Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.80

---

**3.79** | Nonpriority creditor's name and mailing address

IMD Systems

100 Alexis Nihon Suite 203

St. Laurent, QC, Canada, H4M 2N7

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,172.12

---

**3.80** | Nonpriority creditor's name and mailing address

Intuiship

P.O. Box 30015 Dept. 217

Salt Lake City, Utah 84130

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Freight/Shipping Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 208.15

---

**3.81** | Nonpriority creditor's name and mailing address

Ithan Zinn

300 East 71st Street

New York, New York 10021

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Compensation/Expense Reimbursement

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,482.70

---

| Debtor | Adorn Fashions Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** Nonpriority creditor's name and mailing address

Ithan Zinn

300 East 71st Street
New York, New York 10021

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loans

$ 19,250.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Jackie Meng

Room 201, No. 33 Building Baosteel 8 Village
Baoshan, Hong Kong, 201999

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Independent Contractor

$ 9,000.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

JAG Models

20 West 20th Street Suite 605
New York, New York 10011

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

$ 6,720.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

James A. Quinton, Esq.

488 Madison Avenue Suite 1120
New York, New York 10022

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

$ 8,625.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

Jaral Fashion Consultants, Inc.

P.O. Box 498
Springfield, New Jersey 07081

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Unknown

$ 9,838.35

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  Adorn Fashions Inc.
        Name                                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.87** Nonpriority creditor's name and mailing address

Ji Feng Garment Co. Ltd.

No. 49 Yi Heng Road Dongken District, Xintang Zengheng
Guangzhou, Guandong, China,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,229,327.94

---

**3.88** Nonpriority creditor's name and mailing address

Jiangsu Guotai Enterprises Co. Ltd.

15-22F International Trade Center Renmin Road
Zhangiagang, Jiangsu, China, 215600

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,084,703.65

---

**3.89** Nonpriority creditor's name and mailing address

Jianmen Hao Yin Trading Co. Ltd.

15-22F International Trade Center Rm. 1501, Renmin Road
Tezhangjiang, China, 215600

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 143,715.26

---

**3.90** Nonpriority creditor's name and mailing address

Jin Tan Semar Limited

Rm. 709, Sufa Building 340 Hongwu Road
Nanjing, Jiangsu, China,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 496,527.75

---

**3.91** Nonpriority creditor's name and mailing address

JJMC Design d/b/a Shaghai Textile Decoration Corp.

9838 Joe Vargas Way Unit F
South El Monte, California 91733

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,203,525.14

Debtor   Adorn Fashions Inc.
         Name                                          Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

Juana Miranda

533 Genva Avenue
Claremont, California 91711

☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Unknown

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,589.21 |
|---|---|---|---|

Junsheng Clothing Co. Ltd.

See Attachment 1
Dongguan, Guandong, China,

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

Karen Greenstein

675 Dr. Frederick Philips
Montreal, QC, Canada, H4M 2W4

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Salary/Sale Commissions

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

Kelly Funabashi Osbourne

1092 Pacific Street Apt. 1
Brooklyn, New York 11238

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Independent Contractor

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,302.93 |
|---|---|---|---|

Key Bank

P.O. Box 89438
Cleveland , Ohio 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor  Adorn Fashions Inc.
_____  Case number (if known)_____
Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.97**  Nonpriority creditor's name and mailing address

Kick Productions

c/o Carson Kressley 10 Park Avenue, 23F
New York, New York 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** General Goods/Services

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 253.54

---

**3.98**  Nonpriority creditor's name and mailing address

Kilogram Garment Company

Xinyin Industrial Village Xintang Industrial Processing Zone
Guangzhou, Guangdong, China,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,373.76

---

**3.99**  Nonpriority creditor's name and mailing address

KIP/PR

154 Grand Steet 6th Floor
New York, New York 10013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,560.00

---

**3.100**  Nonpriority creditor's name and mailing address

Label Care Plus

3565 Rue Jarry Est. #502
Montreal, Quebec, H1Z 2G1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 384.03

---

**3.101**  Nonpriority creditor's name and mailing address

Larry Platenburg

1050 George Street, #9L
New Brunswick, New Jersey 08901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Independent Contractor

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,058.75

---

Debtor   Adorn Fashions Inc.                                    Case number (if known) _____
         Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.102** Nonpriority creditor's name and mailing address

Licco Company Inc. a/k/a Licco Corp.

7/F Pearl Oriental Tower 225 Nathan Road

Tsimshatsui, Hong Kong,

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ Unknown

Basis for the claim: Loans - Alleged Co-Debtor Liability is Disputed

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

LM Cohen & Company CPA

1359 Broadway Suite 1202

New York, New York 10018

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,750.00

Basis for the claim: Accounting Services

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

Lorrie Joy Markman

c/o Wilson Elser et al. 1133 Westchester Avenue

White Plains, New York 10604

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ Unknown

Basis for the claim: Employee Rights

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address

Made in Brighton

Unit 1.8 Paintworks Bath Road

Bristol, UK, BS4 3EH

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ 2,250.00

Basis for the claim: Unknown

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.106** Nonpriority creditor's name and mailing address

Mainfreight, Inc.

1400 Glenn Curtiss

Carson, California 90746

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 48,584.97

Basis for the claim: Freight/Shipping Services

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Debtor    Adorn Fashions Inc.
_____
Name

Case number *(if known)* _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107** Nonpriority creditor's name and mailing address

Man Lei Cheung a/k/a Nina Cheung

10453 48th Court E.

Parrish, Florida 34219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Loans - Alleged Co-Debtor Liability is Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.108** Nonpriority creditor's name and mailing address

Marc Saltzman

c/o Steven Mitchell Sack, Esq. 110 East 59th Street, 19th Floor

New York, New York 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Sales Commissions

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.109** Nonpriority creditor's name and mailing address

Maria Ortega

275 Ft. Washington Avenue #7B

New York, New York 10032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 400.00

---

**3.110** Nonpriority creditor's name and mailing address

Marie Claire/Hearst Publishing

P.O. Box 25883

Lehigh Valley, Pennsylvania 18002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,000.00

---

**3.111** Nonpriority creditor's name and mailing address

Mario's Private Car & Limousine Service

217 West 259th Street Suite 24

Bronx, New York 10471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 616.00

---

Debtor   Adorn Fashions Inc.
         Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.112 Nonpriority creditor's name and mailing address**

Marlee Hirsch

3 Division Street

Somerville, New Jersey 08876

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Compensation/Expense Reimbursement

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22.29

---

**3.113 Nonpriority creditor's name and mailing address**

Marlin Leasing

P.O. Box 13604

Philadelphia, Pennsylvania 19101-3604

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Finance/Lease

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 424.90

---

**3.114 Nonpriority creditor's name and mailing address**

Matty Lam

49 Sunset Avenue

Staten Island, New York 10314

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Compensation/Expense Reimbursement

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

---

**3.115 Nonpriority creditor's name and mailing address**

Morris Zinn

234 Willard Drive

Hewlett, New York 11557

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Compensation/Expense Reimbursement

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,159.10

---

**3.116 Nonpriority creditor's name and mailing address**

Morris Zinn

234 Willard Drive

Hewlett, New York 11557

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,858,411.26

---

Debtor ___Adorn Fashions Inc._____   Case number (if known) _____
          Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.117** Nonpriority creditor's name and mailing address

New England Apparel Club

c/o Steven Mitchell Sack, Esq. 110 East 59th Street, 19th Floor
New York, New York 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 0.00

**Basis for the claim:** General Goods/Services

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address

Nicole Spitz

2005 Laura Lane
Harrisburg, Pennsylvania 17110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 300.00

**Basis for the claim:** Compensation/Expense Reimbursement

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address

Ningbo Huayi Garments Co. Ltd.

No. 11, Dongqian Lake Area Yinxian Avenue
Ningbo, Zhejiang, China,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 68,533.30

**Basis for the claim:** Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address

Ningbo Ningshing Trading Group Inc.

Tianning Mansion 138 Zhongshan Road West
Ningbo City, Zhejiang, China,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 618,224.60

**Basis for the claim:** Trade Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address

One Source Risk Mgmnt. & Funding

30 Saint Laurent Drive
Hudson, New Hampshire 03051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,778.00

**Basis for the claim:** Insurance

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Adorn Fashions Inc.
          Name                                              Case number *(if known)*_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 Nonpriority creditor's name and mailing address**

Paul Kelley

45 Lincoln Way, #5
San Francisco, California 94122

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$5,434.29

**3.123 Nonpriority creditor's name and mailing address**

Penn Mutal Life Insurance Company

Payment Processing Center P.O. Box 7460
Philadelphia, Pennsylvania 19101-7460

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insurance

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$78.49

**3.124 Nonpriority creditor's name and mailing address**

Perfect Way Development Limited

Rm. 1201, No. 528 Hungxu Road Fengdang Village
Dusnangang Town, Shanghai, China, 201103

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$36,071.84

**3.125 Nonpriority creditor's name and mailing address**

Performance Team

P.O. Box 515176
Los Angeles, California 90051-5176

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$1,256.19

**3.126 Nonpriority creditor's name and mailing address**

Perry Fish

4802 N. Seeley Avenue, #2
Chicago, Illinois 60625

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$345.00

Debtor ___Adorn Fashions Inc._____    Case number (if known) _____
            Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.127** Nonpriority creditor's name and mailing address

Philadelphia Indemnity Insurance Co.

c/o Wilson Elser et al. 1133 Westchester Avenue
White Plains, New York 10604

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _See Attachment 2_

Is the claim subject to offset?
☒ No
☐ Yes

$ 107,000.00

---

**3.128** Nonpriority creditor's name and mailing address

Pinghu Galaxy Garment Company

Hongni Development Zone Danghu Street
Pinghu City, Zhejiang, China,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,396,471.85

---

**3.129** Nonpriority creditor's name and mailing address

Pinghu Llan Garment Company

No. 192, 206 Danghu East Road Danghu Street
Pinghu City, Zhejiang, China,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset?
☒ No
☐ Yes

$ 87,793.02

---

**3.130** Nonpriority creditor's name and mailing address

Pinghu Pingchen Garments Co. Ltd.

Fengdang Industrial Zone Huanggu Pinghu
Jiaxing, Zhejiang, China,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _Trade Debt_

Is the claim subject to offset?
☒ No
☐ Yes

$ 313,395.80

---

**3.131** Nonpriority creditor's name and mailing address

Platzer, Swergold, Levine, Katz & Jaslow LLP

475 Park Avenue South
New York, New York 10016

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _Legal Services_

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,796.50

---

Debtor    Adorn Fashions Inc.    Case number (if known) _____
         Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.132** Nonpriority creditor's name and mailing address

Qingdao Sunwell Garments Co. Ltd.

No. 22 Shandong Road Junfu Mansion, Building B, 20C
Qingdao, China,

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$682,608.70

---

**3.133** Nonpriority creditor's name and mailing address

RGB Fast Fashion

116 First Place, #2
Brooklyn, New York 11231

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$3,900.00

---

**3.134** Nonpriority creditor's name and mailing address

Ricky Zinn

300 East 71st Street
New York, New York 10021

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loans

Is the claim subject to offset?
☒ No
☐ Yes

$6,899.89

---

**3.135** Nonpriority creditor's name and mailing address

Ricky Zinn

300 East 71st Street
New York, New York 10021

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Compensation/Expense Reimbursement

Is the claim subject to offset?
☒ No
☐ Yes

$12,904.26

---

**3.136** Nonpriority creditor's name and mailing address

Royal Imaging NY LLC

320 West 37th Street Suite 1102
New York, New York 10018

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Is the claim subject to offset?
☒ No
☐ Yes

$7,669.00

---

Debtor    Adorn Fashions Inc.    Case number (if known) _____
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.137** Nonpriority creditor's name and mailing address

R-Pac International Corp.

132 West 36th Street
New York, New York 10018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 17.82

---

**3.138** Nonpriority creditor's name and mailing address

Ruskin Moscou Faltischek, P.C.

855 Franklin Avenue
Garden City, New York 11530

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 19,068.45

---

**3.139** Nonpriority creditor's name and mailing address

Salon Marrow Newman & Broudy LLP

292 Madison Avenue 6th Floor
New York, New York 10017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 23,343.86

---

**3.140** Nonpriority creditor's name and mailing address

Samantha Isom

524 Classon Avenue
Brooklyn, New York 11238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,650.00

---

**3.141** Nonpriority creditor's name and mailing address

Sara Computers Inc.

40 West 37th Street Suite 1104
New York, New York 10165

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,482.37

---

Debtor  Adorn Fashions Inc.        Case number (if known) _____
        Name

## Part 2:  Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.142 Nonpriority creditor's name and mailing address**
Sarah Melville

72 Stratford Place
New York, New York 11791

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Compensation

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.143 Nonpriority creditor's name and mailing address**
Sarah Rae Vargas

2647 Pecos Circle
Montgomery, Illinois 60538

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,000.00

---

**3.144 Nonpriority creditor's name and mailing address**
Scanwell Logistics

1995 Linden Blvd.
Elmont, New York 11003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Freight/Shipping Services

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 36,097.55

---

**3.145 Nonpriority creditor's name and mailing address**
Sewing Collection Inc.

3113 E. 26th Street
Vernon, California 90058

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 42.00

---

**3.146 Nonpriority creditor's name and mailing address**
Shanghai U P Trade Co. Ltd.

Rm. 101, No. 66 Songtao Road Pudong New District
Shanghai, China,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 156,956.82

---

Debtor    Adorn Fashions Inc.
_____
Name                                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147** Nonpriority creditor's name and mailing address

Shanghai Wintex Import & Export Co. Ltd.

Room 2105, 200 Siping Road Syntex International Building

Shanghai, China, 200086

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 112,171.85

---

**3.148** Nonpriority creditor's name and mailing address

Sheehan & Company

437 Madison Avenue 29th Floor

New York, New York 10022

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Unknown

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,285.00

---

**3.149** Nonpriority creditor's name and mailing address

ShipStation

2815 Exposition Blvd.

Austin, Texas 78703

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Freight/Shipping Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 997.30

---

**3.150** Nonpriority creditor's name and mailing address

Shootdigital

23 East 4th Street

New York, New York 10003

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,333.00

---

**3.151** Nonpriority creditor's name and mailing address

Shorenstein Realty Services East LLC

c/o Jeremy Krantz, Esq. 122 East 42nd Street, Suite 1518

New York, New York 10168

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent/Lease Obligations

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

Debtor ___Adorn Fashions Inc._____   Case number (if known)_____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.152 Nonpriority creditor's name and mailing address**

Sircle Media

115 East 57th Street 11th Floor
New York, New York 10022

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  General Goods/Services

$ 10,000.00

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.153 Nonpriority creditor's name and mailing address**

SML Inc.

777 Main Street
Lewistin, Maine 04240

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

$ 6,488.58

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.154 Nonpriority creditor's name and mailing address**

Sofia Beskanova

31-85 Crescent Avenue Apt. 309
Astoria, New York 11106

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:  Unknown

$ 800.00

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.155 Nonpriority creditor's name and mailing address**

Source ID

9000 Henri Bourassa West
St. Laurent, QC, Canada, H4S 1L5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Trade Debt

$ 334.19

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.156 Nonpriority creditor's name and mailing address**

Spring

P.O. Box 4181
Carol Stream, Illinois 60197-4181

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Telephone Services

$ 571.31

Date or dates debt was incurred  _____
Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.157 Nonpriority creditor's name and mailing address**

Springtex International Co. Ltd.

5/F Springtex Building Lijiaqiao, Qiyun Road
Ningbo, Zhejiang, China,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

$ 124,227.90

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 Nonpriority creditor's name and mailing address**

SPS Commerce

333 South 7th Street Suite 1000
Minneapolis, Minnesota 55402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Services

$ 1,056.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159 Nonpriority creditor's name and mailing address**

Staples Advantage

P.O. Box 415256
Boston, Massachusetts 02241-4061

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** General Goods/Service

$ 7,772.35

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 Nonpriority creditor's name and mailing address**

Steven Feiges

1013 Saint Croix Street
Hudson, Wisconsin 54016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Sales Commissions

$ 129.78

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 Nonpriority creditor's name and mailing address**

Steven Swedlow

c/o Steven Mitchell Sack, Esq. 110 East 59th Street, 19th Floor
New York, New York 10022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Sales Commissions

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Adorn Fashions Inc.
        Name                                                    Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.162** Nonpriority creditor's name and mailing address

Studio on Fire

825 Carleton Street
St. Paul, Minnesota 55114

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  General Goods/Services

$ 747.50

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.163** Nonpriority creditor's name and mailing address

Suzhou Broadwide Imp. & Exp. Co. Ltd.

No. 1 Tianedang Road Wuzhong Plaza
Suzhou, Jiangsu, China, 215104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Trade Debt

$ 0.00

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.164** Nonpriority creditor's name and mailing address

Suzhou Guoxin Wangshun Import & Export Co. Ltd.

No. 105, Shanghai Road
Suzhou, Jiangsu, China, 215400

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Trade Debt

$ 130,530.60

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.165** Nonpriority creditor's name and mailing address

Suzhou Xinda Huatai Imp. & Exp. Co., Ltd.

No. 485 Panxu Road Canglang District
Suzhou, Jiangsu, China, 215007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Trade Debt

$ 403,894.40

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.166** Nonpriority creditor's name and mailing address

Suzhou Yuanda Enterprise Co. Ltd.

No. 1 Tianedang Road Wuzhong Industry Plaza
Suzhou, Jiangsu, China,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Trade Debt

$ 693,274.03

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Adorn Fashions Inc.        Case number (if known) _____
      Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.
      **Amount of claim**

**3.167**   **Nonpriority creditor's name and mailing address**

Sylvia Zelinka

11231 NW 5th Street
Plantation Acre, Florida 33325

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Sales Commissions

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,505.00

---

**3.168**   **Nonpriority creditor's name and mailing address**

Texfabco

262 West 38th Street Suite 1501
New York, New York 10018

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 955.50

---

**3.169**   **Nonpriority creditor's name and mailing address**

TGI Office Automation

120 3rd Street
Brooklyn, New York 15264-2111

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment Finance/Lease

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 130.66

---

**3.170**   **Nonpriority creditor's name and mailing address**

TGI Office Automation

120 3rd Street
Brooklyn, New York 15264-2111

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Equipment Finance/Lease

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,225.12

---

**3.171**   **Nonpriority creditor's name and mailing address**

The Gilbert Company

1000 Riverside Drive
Keasbey, New Jersey 08832

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** General Goods/Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 147,470.48

Debtor _____  Case number (if known)_____
        Adorn Fashions Inc.
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.172** Nonpriority creditor's name and mailing address

The Style Council

242 West 36th Street 14th Floor
New York, New York 10018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,215.00

---

**3.173** Nonpriority creditor's name and mailing address

Time Warner

41-61 Kissena Blvd.
Flushing, New York 11355

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,559.73

---

**3.174** Nonpriority creditor's name and mailing address

Tom Cody Design

260 W. 39th Street 6th Floor
New York, New York 10018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,000.00

---

**3.175** Nonpriority creditor's name and mailing address

Tor LLC

16835 Algonquin Street, #195
Huntington Beach, California 92649

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Freight/Shipping Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,305.00

---

**3.176** Nonpriority creditor's name and mailing address

Towerstream

P.O. Box 414061
Boston, Massachusetts 02241-4061

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,150.00

Debtor    Adorn Fashions Inc.
Name

Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.177** Nonpriority creditor's name and mailing address

Travelers

P.O. Box 660317

Dallas, Texas 75266-0317

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 33,915.83

Basis for the claim: Insurance

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

Travelers Auto

P.O. Box 660307

Dallas, Texas 75266-0307

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.91

Basis for the claim: Insurance

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

U.S. Customs and Border Protection

Revenue Division 6650 Telecom Drive, Suite 100

Indianapolis, Indiana 46278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,322.42

Basis for the claim: Customs Duties

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address

ULG West

1000 New County Road

Secaucus, New Jersey 07094

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80,443.49

Basis for the claim: Freight/Shipping Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.181** Nonpriority creditor's name and mailing address

Union Logistics Inc.

950 S. Hatcher Avenue

City of Industry, California 91748

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 273,850.66

Basis for the claim: Freight/Shipping Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Adorn Fashions Inc.
Name                                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** Nonpriority creditor's name and mailing address

Verified Label & Print Inc.

7905 Hopi Place
Tampa, Florida 33634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 509.27

---

**3.183** Nonpriority creditor's name and mailing address

Veriship

1000 College Blvd. Suite 235
Overland Park, Kansas 66210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Freight/Shipping Services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,284.94

---

**3.184** Nonpriority creditor's name and mailing address

Verizon Wireless

P.O. Box 408
Newark, New Jersey 07101-0408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Telephone Service

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 582.32

---

**3.185** Nonpriority creditor's name and mailing address

Verna Defoe

Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unknown

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.186** Nonpriority creditor's name and mailing address

Visual 2000 International Inc.

8690 Parc Ave., 2nd Floor
Montreal, QC, Canada, H2N 1Y8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  General Goods/Services

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,291.00

---

| Debtor | Adorn Fashions Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.187** Nonpriority creditor's name and mailing address

WGSN Inc.

130 Fifth Avenue 7th Floor
New York, New York 10011

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,221.81

**3.188** Nonpriority creditor's name and mailing address

Wilhelmina International Ltd.

300 Park Avenue South
New York, New York 10010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: General Goods/Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,700.00

**3.189** Nonpriority creditor's name and mailing address

Worldwide Express

116 North West Street Suite 200
Raleigh, North Carolina 27603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Freight/Shipping Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 28,573.81

**3.190** Nonpriority creditor's name and mailing address

Wright National Flood Insurance

P.O. Box 33070
St. Petersburg, Florida 33733-8003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,179.00

**3.191** Nonpriority creditor's name and mailing address

Ye Kuang

Unknown

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Unknown

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 250.00

Debtor    Adorn Fashions Inc.
       Name        Case number *(if known)*

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.192** Nonpriority creditor's name and mailing address

YRC Freight

P.O. Box 7914
Overland Park, Kansas 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Freight/Shipping Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 3,517.40

**3.193** Nonpriority creditor's name and mailing address

Zhejiang Orient Holly Trading Co., Ltd.

Room 2601, No. 12 West Lake Avenue
Hangzhou, Zhejiang, China,

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 520.00

**3.194** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.195** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

**3.196** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ _____

Debtor    Adorn Fashions Inc.
          Name                                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Kenneth D. Sugarman, Esq. <br> 652 Broadway <br> New York, New York 213200 | Line 3.37 <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Rosenveig Strauber Waxman <br> 3500 Boul. De Maisonneuve Ouest, Suite 1600 <br> Westmount, QC, Canada, H3Z 3C1 | Line 3.62 <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Don A. Leviton, Esq. <br> Brown & Joseph Ltd., 2550 West Golf Road, Ste. 300 <br> Rolling Meadows, Illinois 60008 | Line 3.75 <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Atradius Collections Inc. <br> 1200 Arlington Heights Road, Suite 410 <br> Itasca, Illinois 60143 | Line 3.90 <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Michael Samuel, Esq. <br> Samuel & Stein, 38 West 32nd Street, Ste. 1110 <br> New York, New York 10001 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Don A. Leviton, Esq. <br> Brown & Joseph Ltd., 2550 West Golf Road, Ste. 300 <br> Rolling Meadows, Illinois 60008 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Hanoch Sheps, Esq. <br> Messner Reeves LLP, 733 Third Avenue, 15th Fl. <br> New York, New York 10017 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Olivier DuPont, Esq. <br> The DuPont Law Group PLLC, 61 Broadway, Ste. 3000 <br> New York, New York 10006 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | William Lee Kinnally, Jr., Esq. <br> 665 Fifth Avenue <br> New York, New York 10022 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Steven Mitchell Sack, Esq. <br> 110 East 59th Street, 19th Floor <br> New York, New York 10022 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Brendan Scott, Esq. <br> Klestadt Winters et al., 570 Seventh Avenue, 17th Fl. <br> New York, New York 10018 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | Brian Neff, Esq. <br> Schiff Hardin LLP, 666 Fifth Avenue, 17th Fl. <br> New York, New York 10103 | Line See <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    16-10145-shl    Doc 1    Filed 01/18/16    Entered 01/18/16 15:21:13    Main Document
     Adorn Fashions Inc.        Pg 59 of 110      Case number *(if known)*_____
     Name

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | Brendan Scott, Esq. <br> Klestadt Winters et al., 570 Seventh Avenue, 17th Fl. <br> New York, New York 10018 | Line _See_ <br> ☐ Not listed. Explain _____ | |
| 4.14 | Nesenoff & Miltenberg, LLP <br> 363 Seventh Avenue, 5th Floor <br> New York, New York 10001 | Line _See_ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.15 | Hutchinson, Warren & Associates <br> 122 South Rawles Street, Suite 200 <br> Romeo, Michigan 48065-5606 | Line _See_ <br> ☐ Not listed. Explain _____ | |
| 4.16 | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.17 | | Line ____ <br> ☐ Not listed. Explain _____ | |
| 4.18 | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.19 | | Line ____ <br> ☐ Not listed. Explain _____ | |
| 4.20 | | Line ____ <br> ☐ Not listed. Explain _____ | |
| 4.21 | | Line ____ <br> ☐ Not listed. Explain _____ | |
| 4.22 | | Line ____ <br> ☐ Not listed. Explain _____ | |
| 4.23 | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.24 | | Line ____ <br> ☐ Not listed. Explain _____ | |
| 4.25 | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.26 | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   16-10115-shl   Doc 1   Filed 01/18/16   Entered 01/18/16 15:21:13   Main Document
Adorn Fashions Inc.
Name
Pg 60 of 110
Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.   **+** | $ 13,542,376.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 13,542,376.06 |

Attachment
Debtor: Adorn Fashions Inc.        Case No:

**Attachment 1**

> a/k/a Guangdong Wellful Holding Group Co. Ltd. 7/12th Floor, Hongxi Commercial Bldg.
> No. 23
> 23 Guantai Road, Nancheng District

**Attachment 2**

> Alleged Misuse of Insurance Proceeds - Alleged Co-Debtor Liability is Disputed

**Attachment 3**

> 3.107

**Attachment 4**

> 3.119

**Attachment 5**

> 3.120

**Attachment 6**

> 3.124

**Attachment 7**

> 3.132

**Attachment 8**

> 3.160

**Attachment 9**

> 3.163

**Attachment 10**

> 3.165

**Attachment 11**

> 3.166

**Attachment 12**

> 3.181

**Attachment 13**

> 3.189

**Fill in this information to identify the case:**

Debtor name  Adorn Fashions Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____      Chapter  7

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Photocopier Lease | TGI Office Automation |
| | | | P.O. Box 642111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Pittsburgh          Pennsylvania          15264 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name  Adorn Fashions Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* Codebtor | | | *Column 2:* Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| **2.1** Morris Zinn | 234 Willard Drive <br> Street | | LSQ Funding Group <br> L.C. | ☒ D <br> ☒ E/F <br> ☐ G |
| | Hewlett <br> City | New York <br> State | 11557 <br> ZIP Code | See Attachment 1 | |
| **2.2** Barry Zinn | 300 East 71st Street <br> Street | | Changzhou Yidele <br> Apparel Co. Ltd. | ☐ D <br> ☒ E/F <br> ☐ G |
| | New York <br> City | New York <br> State | 10021 <br> ZIP Code | | |
| **2.3** Ricky Zinn | 300 East 71st Street <br> Street | | Philadelphia <br> See Attachment 2 | ☐ D <br> ☒ E/F <br> ☐ G |
| | New York <br> City | New York <br> State | 10021 <br> ZIP Code | | |
| **2.4** _____ | _____ <br> Street | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| | _____ <br> City | _____ <br> State | _____ <br> ZIP Code | | |
| **2.5** _____ | _____ <br> Street | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| | _____ <br> City | _____ <br> State | _____ <br> ZIP Code | | |
| **2.6** _____ | _____ <br> Street | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| | _____ <br> City | _____ <br> State | _____ <br> ZIP Code | | |

Attachment
Debtor: Adorn Fashions Inc.        Case No:

Attachment 1

    EPK Financial Corp., Schedule D
    On Deck Capital, Inc., Schedule D
    Changzhou Yidele Apparel Co. Ltd., Schedule E/F
    Delmar International Inc., Schedule E/F
    Man Lei Cheung a/k/a Nina Cheung, Schedule E/F
    Licco Company Inc. a/k/a Licco Corp., Schedule E/F
    Shorenstein Realty Services East LLC, Schedule E/F
    Philadelphia Indemnity Insurance Co., Schedule E/F

Attachment 2

    Indemnity Insurance Co.

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  Adorn Fashions Inc. |
| United States Bankruptcy Court for the:  Southern District Of New York |
| Case number (*if known*): _____ |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- [ ] Amended *Schedule* _____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        ✗ _Morris Zinn_ _____
        MM / DD / YYYY                       Signature of individual signing on behalf of debtor

                                        Morris Zinn
                                        Printed name

                                        President
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   Adom Fashions Inc.

United States Bankruptcy Court for the:   Southern District of New York

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | |
| **From the beginning of the fiscal year to filing date:** | From 05/01/2015 to Filing date<br><span style="font-size:smaller">MM / DD / YYYY</span> | | ☒ Operating a business<br>☐ Other _____ | $ 1,638,926.00 |
| **For prior year:** | From 05/01/2014 to 04/30/2015<br><span style="font-size:smaller">MM / DD / YYYY      MM / DD / YYYY</span> | | ☒ Operating a business<br>☐ Other _____ | $ 38,298,887.00 |
| **For the year before that:** | From 05/01/2013 to 04/30/2014<br><span style="font-size:smaller">MM / DD / YYYY      MM / DD / YYYY</span> | | ☒ Operating a business<br>☐ Other _____ | $ 37,914,087.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br><span style="font-size:smaller">MM / DD / YYYY</span> | | _____ | $_____ |
| **For prior year:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY      MM / DD / YYYY</span> | | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br><span style="font-size:smaller">MM / DD / YYYY      MM / DD / YYYY</span> | | _____ | $_____ |

Debtor    Adorn Fashions Inc._____    Case number *(if known)*_____
          Name

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Schedule ____ Creditor's name ____ Street ____ ____ City    State    ZIP Code | ____ ____ ____ ____ | $ 0.00 | ☒ Secured debt ☒ Unsecured loan repayments ☒ Suppliers or vendors ☒ Services ☒ Other See Attachment 1 |
| 3.2. | ____ Creditor's name ____ Street ____ ____ City    State    ZIP Code | ____ ____ ____ ____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other_____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | To Be Provided ____ Insider's name ____ Street ____ ____ City    State    ZIP Code ____ Relationship to debtor ____ | ____ ____ ____ | $ 0.00 | Compensation/Expense Reimbursement |
| 4.2. | ____ Insider's name ____ Street ____ ____ City    State    ZIP Code ____ Relationship to debtor ____ | ____ ____ ____ | $_____ | |

Debtor    Adorn Fashions Inc. _____    Case number (if known) _____
               Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | LSQ Funding Group LC | All Assets (Cash, Inventory, Receivables, | See Attachment 2 | $ _____ |
| | Creditor's name | | | |
| | c/o Buchalter Nemar, P.C. | Personal Property, Etc.) | | |
| | Street | | | |
| | 55 Second Street, Suite 1700 | | | |
| | San Francisco      CA      94105 | | | |
| | City      State      ZIP Code | | | |
| 5.1. | | | | $ _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City      State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $ _____ |
| | Street | | | |
| | City      State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 3 | Eviction | Civil Court, City of New York | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | New York County | ☒ Concluded |
| | | | Street | |
| | L&T 81378/15 | | | |
| | | | City      State      ZIP Code | |
| 7.2. | Case title | Employee Rights | Court or agency's name and address | ☒ Pending |
| | See Attachment 4 | | U.S District Court | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | Case number | | District of New Jersey | |
| | | | Street | |
| | 14-cv-6214 | | | |
| | | | City      State      ZIP Code | |

✱ SEE SUPPLEMENTAL SCHEDULE

Debtor    Adorn Fashions Inc.
_____    Case number (if known)_____
                Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City          State      ZIP Code | | |
| | Date of order or assignment | City          State      ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

Debtor    Adorn Fashions Inc.                                         Case number *(if known)*_____
                Name

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Pick & Zabicki LLP | $15,000 Fee - $1,000 Filing Fee and Expenses | See Attachment 5 | $ 16,000.00 |
| | **Address** 369 Lexington Avenue, 12th Floor Street | | | |
| | New York    NY    10017 City    State    ZIP Code | | | |
| | **Email or website address** dpick@picklaw.net | | | |
| | **Who made the payment, if not debtor?** Barry Zinn | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** Street | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    Adorn Fashions Inc.                                Case number (if known)_____
              Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[X] None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
|  | Address | _____ |  |  |
|  | _____ Street |  |  |  |
|  | _____ |  |  |  |
|  | City        State        ZIP Code |  |  |  |
|  | Relationship to debtor |  |  |  |
|  | _____ |  |  |  |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
|  | _____ | _____ |  |  |
|  | Address |  |  |  |
|  | _____ Street |  |  |  |
|  | _____ |  |  |  |
|  | City        State        ZIP Code |  |  |  |
|  | Relationship to debtor |  |  |  |
|  | _____ |  |  |  |

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

[X] Does not apply

|  | Address | Dates of occupancy |  |
|---|---|---|---|
| 14.1. | _____ Street | From _____ | To _____ |
|  | _____ |  |  |
|  | City        State        ZIP Code |  |  |
| 14.2. | _____ Street | From _____ | To _____ |
|  | _____ |  |  |
|  | City        State        ZIP Code |  |  |

Debtor   Adorn Fashions Inc.                                        Case number (if known)_____
Name

## Part 8:   Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

[X] No. Go to Part 9.

[ ] Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* |
| City      State      ZIP Code | | [ ] Electronically [ ] Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| **15.2.** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* |
| City      State      ZIP Code | | [ ] Electronically [ ] Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

[X] No.

[ ] Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

[ ] No

[ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[ ] No. Go to Part 10.

[X] Yes. Does the debtor serve as plan administrator?

[X] No. Go to Part 10.

[ ] Yes. Fill in below:

Name of plan                                      Employer identification number of the plan

_____   EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Has the plan been terminated?

[ ] No

[ ] Yes

Debtor    Adorn Fashions Inc._____    Case number (if known)_____
              Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | HSBC<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX–__ __ __ __ | ☒ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | November 2015 | $7,200.00 |
| 18.2. | JPMorgan Chase Bank<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX– 7  1  2  2 | ☒ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | November 2015 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br><br>City    State    ZIP Code | <br><br><br>Address<br><br> | <br><br> | ❏ No<br>❏ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❏ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Safeguard Storage<br>Name<br>1176 Broadway<br>Street<br><br>Hewlett    NY    11557<br>City    State    ZIP Code | Morris Zinn<br><br><br>Address<br><br> | Documents<br><br> | ☒ No<br>❏ Yes |

Debtor    Adorn Fashions Inc.    Case number (if known) _____
_____
Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City        State        ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor    Adorn Fashions Inc.
_____    Case number (if known)_____
                Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br><br>From _____ To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br><br>From _____ To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br><br>From _____ To _____ |

Debtor    Adorn Fashions Inc.                                                    Case number (if known)_____
            Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ Name | From _____ To _____ |
| _____ Street | |
| _____ | |
| _____ City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ Name | From _____ To _____ |
| _____ Street | |
| _____ | |
| _____ City    State    ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ Name | From _____ To _____ |
| _____ Street | |
| _____ | |
| _____ City    State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ Name | From _____ To _____ |
| _____ Street | |
| _____ | |
| _____ City    State    ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Morris Zinn Name | _____ |
| _____ Street | _____ |
| _____ | _____ |
| _____ City    State    ZIP Code | |

---

Debtor    Adorn Fashions Inc.
          _____          Case number (*if known*)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.
_____     _____
Name                                        _____
_____     _____
Street
_____
_____
City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.2.
_____
Name
_____
Street
_____
_____
City                    State        ZIP Code

**Name and address**

26d.2.
_____
Name
_____
Street
_____
_____
City                    State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| LSQ Funding Group L.C. | 06/30/2015 | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.
_____
Name
_____
Street
_____
_____
City                    State        ZIP Code

Debtor   Adorn Fashions Inc.
Name

Case number (if known)

---

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.
Name

Street

City                                      State         ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Morris Zinn | 234 Willard Drive, Hewlett, NY 11557 | President - Sole Shareholder | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ricky Zinn | 300 East 71st Street, New York, NY 10021 | COO - None | From 2008  To 2015 |
| Barry Zinn | 300 East 71st Street, New York, NY 10021 | Vice-President - None | From 2010  To 2012 |
| Ithan Zinn | 300 East 71st Street, New York, NY 10021 | Vice-President - None | From 2009  To 2012 |
| | | | From ___  To ___ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Morris Zinn | | | |
| Name | | | |
| 234 Willard Drive | | | |
| Street | | | |
| Hewlett                     NY        11557 | | | |
| City                        State     ZIP Code | | | |
| Relationship to debtor | | | |
| President | | | |

Debtor  __Adorn Fashions Inc._____     Case number (*if known*)_____
           Name

---

**Name and address of recipient**

  __Ricky Zinn_____
  Name
  __300 East 71st Street_____
  Street

  __New York_____    __NY___    __10021___
  City                                      State           ZIP Code

  **Relationship to debtor**

  __Chief Operating Officer_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
   ☒ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                          **Employer Identification number of the parent corporation**

   _____              EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
   ☐ No
   ☒ Yes. Identify below.

   **Name of the pension fund**                                **Employer Identification number of the pension fund**
   John Hancock                                                EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

| Part 14: | Signature and Declaration |

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____,
                MM  / DD  / YYYY

✗ _Morris Zinn_____       Printed name  Morris Zinn_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
   ☒ No
   ☐ Yes

---

Attachment
Debtor: Adorn Fashions Inc.    Case No:

Attachment 1
Customs Duties, Rent, Payroll, Insurance, Etc.

Attachment 2
November 2015

Attachment 3
Shorenstein Realty Services East LLC v. Adorn Fashions, Inc.

Attachment 4
Lorrie Joy Markman v. Adorn Fashions Inc.

Attachment 5
January 15, 2016

**Adorn Fashions, Inc. - (SOFA Part 2) Payments to Creditors Within 90 Days Before Filing Totaling $6,225 or More - 10/20/15-1/17/16**

**Chase Account Ending 9383 (Operating & Payroll Account)**

| Date | CheckNum | Type | Payee | Amount |
|------|----------|------|-------|--------|
| 11/10/2015 | 1001 | Check | Bracco Agency Inc..514 Larkfield Road, Suite 4BE.NPT, NY, United States11731 | 6,515.00 |
| 10/23/2015 | 53382 | Check | The Gilbert Company1000 Riverside DriveKeasbey, NJ08832 | 11,278.32 |
| 10/23/2015 | 53401 | Check | Delmar International Inc. 10636 Cot De Liesse, Lachine, QC, Canada H8T 1A5 | 8,462.96 |
| 10/27/2015 | 53407 | Check | Capital Logistics & Warehouse Group Inc.30 Passaic StreetWood Ridge, NJ07075 | 6,998.31 |
| 10/27/2015 | 53408 | Check | The Gilbert Company1000 Riverside DriveKeasbey, NJ08832 | 9,130.00 |
| 10/30/2015 | 53409 | Check | The Gilbert Company1000 Riverside DriveKeasbey, NJ08832 | 11,017.20 |
| 11/2/2015 | 53422 | Check | Cardmember ServicePO Box 15153Wilmington, DE19886-5153 | 2,000.00 |
| 11/4/2015 | 53426 | Check | Cardmember ServicePO Box 15153Wilmington, DE19886-5153 | 2,000.00 |
| 11/18/2015 | 53432 | Check | Chase Card ServicesCard Member Service, PO Box 15153Wilmington, DE, United States19886-5153 | 1,500.00 |
| 10/21/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 1,348.52 |
| 10/22/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 4,899.78 |
| 10/22/2015 | ACH | ACH | OnDeck Capital Inc. 1400 Broadway, New York, NY 10018 | 3,717.95 |
| 10/23/2015 | ACH | ACH | U S Customs ServicesBank Debit, United States | 52,641.47 |
| 10/23/2015 | ACH | ACH | Prestige Payroll Administrators (Regular Payroll) | 43,940.84 |
| 10/27/2015 | ACH | ACH | Card Member ServicePO Box 15153Wilmington, DE19886-5153 | 1,000.00 |
| 10/28/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 200.82 |
| 10/29/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 53.25 |
| 10/30/2015 | ACH | ACH | OnDeck Capital Inc. 1400 Broadway, New York, NY 10018 | 3,717.95 |
| 10/30/2015 | ACH | ACH | Prestige Payroll Administrators (Regular Payroll) | 44,730.26 |
| 11/2/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 15,930.65 |
| 11/4/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 1,842.51 |
| 11/4/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 550.60 |
| 11/6/2015 | ACH | ACH | OnDeck Capital Inc. 1400 Broadway, New York, NY 10018 | 3,717.95 |
| 11/6/2015 | ACH | ACH | Prestige Payroll Administrators (Regular Payroll) | 58,674.03 |
| 11/9/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 218.20 |
| 11/12/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 1,208.46 |
| 11/12/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 308.96 |
| 11/12/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 81.24 |
| 11/16/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 1,259.05 |
| 11/18/2015 | ACH | ACH | Fedex P O BOX 371461PITTSBURGH, PA, United States15250-1461 | 278.44 |
| 11/25/2015 | ACH | ACH | U S Customs ServicesBank Debit, United States | 62,961.68 |
| 11/27/2015 | ACH | ACH | SRI Eleven 1407 Broadway Operator LLCPO Box 419113BOSTON, MA02241-4061 | 21,000.00 |
| 11/27/2015 | ACH | ACH | Card Member ServicePO Box 15153Wilmington, DE19886-5153 | 2,500.00 |
| 11/30/2015 | ACH | ACH | SRI Eleven 1407 Broadway Operator LLCPO Box 419113BOSTON, MA02241-4061 | 7,390.25 |
| 11/5/2015 | WT | WT | SRI Eleven 1407 Broadway Operator LLCPO Box 419113BOSTON, MA02241-4061 | 82,070.99 |
| 12/23/2015 | ACH | ACH | U S Customs Services | 18,204.21 |

**Chase Account Ending 5106 (Wire Transfer Account)**

| Date | CheckNum | Type | Payee | Amount |
|------|----------|------|-------|--------|
| 10/29/2015 | WT | WT | SRI Eleven 1407 Broadway Operator LLCPO Box 419113 BOSTON, MA02241-4061 | 10,000.00 |
| 10/30/2015 | WT | WT | AME Express 901 W.Hyde Park Blvd., Inglewood, CA 90302 | 19,016.72 |

**Adorn Fashions, Inc. - (SOFA Part 3) Additional Legal Actions**

| Case Title | Case Number | Location | Nature of Case | Status |
|---|---|---|---|---|
| Changzhou Yidele Apparel Co., Ltd. v. Adorn Fashions, Inc., *et al.* | 24103/2015 | Civil Court, NY County | Debt Collection | Pending |
| Man Lei Cheung v. Adorn Fashions, Inc., *et al.* | 15-cv-8054 | U.S. District Court, SDNY | Debt Collection | Pending |
| Markise Limited v. Adorn Fashions, Inc. | 15-cv-8648 | U.S. District Court, SDNY | Debt Collection | Pending |
| Philadelphia Indemnity Insurance Co. v. Adorn Fashions, Inc., *et al.* | 654266/2015 | Supreme Court, NY County | Debt Collection | Pending |
| Qingdao Sunwell Garments Co., Ltd. v. Adorn Fashions, Inc. | 654133/2015 | Supreme Court, NY County | Debt Collection | Pending |
| Suzhou Broadwide Imp. & Exp. Co., Ltd., *et al.* v. Adorn Fashions, Inc. | 15-cv-6917 | U.S. District Court, SDNY | Debt Collection | Pending |
| Xinda Huatai Imp. & Exp. Co., Ltd. v. Adorn Fashions, Inc. | 15-cv-6128 | U.S. District Court, SDNY | Debt Collection | Pending |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF NEW YORK

**In re**

    **Adorn Fashions Inc.**

Case No. _____

**Debtor**

Chapter **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00** _____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ **15,000.00** _____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00** _____

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☒ Other (specify)  **Barry Zinn**

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.  [Other provisions as needed]

       **Plus $1,000.00 for filing fees and expenses.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    **Representation of the Debtor in adversary proceedings and other contested bankruptcy matters.**

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____    _____
Date                         *Signature of Attorney*

               **Pick & Zabicki LLP**
               *Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re  **Adorn Fashions Inc.**                                    Case No.

          Debtor.                                              Chapter  **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **Adorn Fashions Inc.** _____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

  **X**  There are no entities to report.

By: _____
     Douglas J. Pick, Esq.
     Signature of Attorney

Counsel for
Bar no.:
Address.: **369 Lexington Avenue, 12th Floor
              New York, New York 10017**

Telephone No.: **(212) 695-6000**
Fax No.: **(212) 695-6007**
E-mail address: **dpick@picklaw.net**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:        **Adorn Fashions Inc.**

_____        Case No. _____

Debtors        Chapter  **7**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtoris attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____        Signed: _____

Dated: _____        Signed: _____

Signed: _____

Attorney for Debtor(s)
Bar No.:

Telephone No.:
Fax No.:
E-mail address:

12K Apparel, Inc.
1015 Croker Street
#R37
Los Angeles, CA 90021


24/Seven Inc.
120 Wooster Street
New York, NY 10012


7th Avenue Stationers, Inc.
210 West 35th Street
2nd Floor
New York, NY 10001


Abercrombie Accounting Group
517 Flinders Street
Townsville City, Australia,   QLD 4810


Accent Labels UK Ltd.
Room 2302-2304 Well Tech Centre
9 Pat Tat Street
San Po Kong, Hong Kong,


AFLAC
1932 Wynnton Road
Columbus, GA 31999-6005


AJSE Inc. d/b/a Sant Fe Finishing
2460 E. 12th Street
Unit C
Los Angeles, CA 90021


Alba Wheels Up International Inc.
150-30 132nd Avenue
Suite 208
Jamaica, NY 11434


Alyce Zinn
345 East 73rd Street
Apt. 6G
New York, NY 10021

AME Express
901 W. Hyde Park Blvd.
Inglewood, CA 90302


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Annmarie Shapiro Menegaz
8 Raleigh Avenue
Cranford, NJ 07016


Aphrodite Fashion Solutions
51 Bourke Road
Alexandria, Australia,  NSW 2015


APL Logistics
16220 N. Scottsdale Road
Suite 400
Scottsdale, AZ 85254


Apparel Group
250 Belmont Avenue
Haledon, NJ 07508


Atlas Print Solutions
589 8th Avenue
4th Floor
New York, NY 10018


Atradius Collections Inc.
1200 Arlington Heights Road
Suite 410
Itasca, IL 60143


August
21 David Street
Richmond, Australia,  VIC 3121

Automated Answering Systems
224 West 30th Street
Suite 805
New York, NY 10001


Avery Dennison
15178 Collection Centre Drive
Chicago, IL 60693


Barry Zinn
300 East 71st Street
New York, NY 10021


BDO
100 Park Avenue
New York, NY 10017


Beauticurve
16 Town Park, #5
Little Rock, AR 72227


Bell Canada
P.O. Box 8712
Succ. Centre-Ville
Montreal, QC, Canada,   H3C 3P6


Benny Lau
Unknown


Berkshire Life Insurance
P.O. Box 644782
Pittsburgh, PA 15264-4782


Bloomingdales
P.O. Box 183084
Columbus, OH 43218

Bobbi Schwartz
c/o Steven Mitchell Sack, Esq.
110 East 59th Street, 19th Floor
New York, NY 10022


Bracco Agency Inc.
514 Larkfield Road
Suite 4B
East Northport, NY 11731


Brendan Scott, Esq.
Klestadt Winters et al.
570 Seventh Avenue, 17th Fl.
New York, NY 10018


Brian Neff, Esq.
Schiff Hardin LLP
666 Fifth Avenue, 17th Fl.
New York, NY 10103


Brother International (HK) Co. Limited
250 King's Road
Fortress Tower Unit 1505B of 15/F
Fortress Hill, Hong Kong,   RV BVI


California Transport Enterprises, inc.
P.O. Box 471
South Gate, CA 90280


Canada Revenue Agency
275 Pope Road
Suite 103
Summerside, PE, Canada,   CIN 6A2


Cando International Enterprise (HK) Limi
9/F, Kaili Masion, #608
Yingbin Roa, Shangyu District
Shaoxing City, Zhejiang,   China


Capital Logistics & Warehouse Group Inc.
30 Passaic Street
Woodridge, NJ 07075

Capital One Bank USA, NA
P.O. Box 71083
Charlotte, NC 28272-1083


Changzhou Yidele Apparel Co. Ltd.
33 E.N. Circle Road
Jiangsu, China,  213200


Chase Card
P.O. Box 15153
Wilmington, DE 19886-5153


Checkpoint Systems Inc.
P.O. Box 742884
Atlanta, GA 30374


CIT Technology Financial Services Inc.
21146 Network Place
Chicago, IL 60673-1211


Citi Business Card
Processing Center
Des Moines, IA 50363


City Fashion Express
P.O. Box 894829
Los Angeles, CA 90189-4829


City Logistics & Transport Inc.
P.O. Box 894833
Los Angeles, CA 90189-4833


Clique Media
360 N. La Cienega Blvd.
3rd Floor B
Los Angeles, CA 90048

Cloud Forward
183 Tucker Avenue
San Francisco, CA 94134


Cmm Inc./Conte Model Mgmt Inc.
P.O. Box 522
Lyndhurst, NJ 07071


Columbia Omni Corp.
14 West 33rd Street
New York, NY 10001


Con Edison
4 Irving Place
Bankruptcy Group, Rm. 1875-S
New York, NY 10003


Cosmopolitan
P.O. Box 6000
Harlan, IA 51593-5532


Curvy Fashionista
Unknown


Delmar International Inc.
10636 Cote De Liesse
Lachine, QC, Canada,  H8T 1A5


Don A. Leviton, Esq.
Brown & Joseph Ltd.
2550 West Golf Road, Ste. 300
Rolling Meadows, IL 60008


Earthlink Business
P.O. Box 88104
Chicago, IL 60680-1104

EFax.com
6922 Hollywood Blvd.
Suite 500
Hollywood, CA 90028


Electrolux Home Products, Inc.
P.O. Box 212549
Augusta, GA 30917


EPK Financial Corp.
d/b/a King Trade Capital
5944 Luther Lane, Suite 300
Dallas, TX 75225


Ever Concord
452 N. Oak Street
Inglewood, CA 90302


EZ Worldwide Express
669 Division Street
Elizabeth, NJ 07201


FedEx
P.O. Box 371461
Pittsburgh, PA 15250-1461


FedEx Freight
P.O. Box 223125
Pittsburgh, PA 15251-2125


FedEx Trade Networks Transport & Brokera
Box 916200
P.O. Box 4090, Station A
Toronto, ON, Canada,  M5W 0E9


Fineline Technoligies, Inc.
P.O. Box 934219
Atlanta, GA 31193

Fourth Floor Fashion
10100 Santa Monica Blvd.
Suite 900
Los Angeles, CA 90067


FP Mailing Solutions
P.O. Box 4510
Carol Stream, IL 60197-4510


G X S
P.O. Box 640371
Pittsburgh, PA 15264-0371


Garrity, Graham, Murphy, Garofalo & Flin
72 Eagle Rock Avenue
Suite 350
East Hanover, NJ 07936


Gerber Technology
P.O. Box 95060
Chicago, IL 60694-5060


Glamour Magazine
P.O. Box 37688
Boone, IA 50037-0688


Gliberto Perez
Unknown


GMG Transwest Corp.
65 Orville Drive
Bohemia, NY 11716


Go Studios
245 West 29th Street
7th Floor
New York, NY 10001

Greenberg Traurig LLP
333 SE 2nd Avenue
Suite 4400
Miami, FL 33131


Grunfeld, Desiderio, Lebowitz, Silverman
399 Park Avenue
25th Floor
New York, NY 10022


Guangzhou Textiles Holdings Ltd.
6/F, Guangtex Building
438 Dongfeng Road, Vexiu District
Guangzhou, Guangdong, China,


Hanoch Sheps, Esq.
Messner Reeves LLP
733 Third Avenue, 15th Fl.
New York, NY 10017


Hefu Garments Co. Ltd.
8th Floor, Wanchun Building
Baozou Road
Quanzhou, Fujian, China,


Hutchinson, Warren  & Associates
122 South Rawles Street
Suite 200
Romeo, MI 48065-5606


IESI-NY Corporation
P.O. Box 660654
Dallas, TX 75266-0654


IFS (N.Y.) Inc.
147-32 Farmers Blvd.
2nd Floor
Jamaica, NY 11434


IMD Systems
100 Alexis Nihon
Suite 203
St. Laurent, QC, Canada,   H4M 2N7

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Intuiship
P.O. Box 30015
Dept. 217
Salt Lake City, UT 84130


Ithan Zinn
300 East 71st Street
New York, NY 10021


Jackie Meng
Room 201, No. 33 Building
Baosteel 8 Village
Baoshan, Hong Kong,  201999


JAG Models
20 West 20th Street
Suite 605
New York, NY 10011


James A. Quinton, Esq.
488 Madison Avenue
Suite 1120
New York, NY 10022


Jaral Fashion Consultants, Inc.
P.O. Box 498
Springfield, NJ 07081


Ji Feng Garment Co. Ltd.
No. 49 Yi Heng Road
Dongken District, Xintang Zengheng
Guangzhou, Guandong, China,


Jiangsu Guotai Enterprises Co. Ltd.
15-22F International Trade Center
Renmin Road
Zhangiagang, Jiangsu, China,  215600

Jianmen Hao Yin Trading Co. Ltd.
15-22F International Trade Center
Rm. 1501, Renmin Road
Tezhangjiang, China,  215600


Jin Tan Semar Limited
Rm. 709, Sufa Building
340 Hongwu Road
Nanjing, Jiangsu, China,


JJMC Design d/b/a Shaghai Textile Decora
9838 Joe Vargas Way
Unit F
South El Monte, CA 91733


Juana Miranda
533 Genva Avenue
Claremont, CA 91711


Junsheng Clothing Co. Ltd.
a/k/a Guangdong Wellful Holding Group Co
7/12th Floor, Hongxi Commercial Bldg. No
23 Guantai Road, Nancheng District
Dongguan, Guandong, China,


Karen Greenstein
675 Dr. Frederick Philips
Montreal, QC, Canada,  H4M 2W4


Kelly Funabashi Osbourne
1092 Pacific Street
Apt. 1
Brooklyn, NY 11238


Kenneth D. Sugarman, Esq.
652 Broadway
New York, NY 213200


Key Bank
P.O. Box 89438
Cleveland, OH 44101

Kick Productions
c/o Carson Kressley
10 Park Avenue, 23F
New York, NY 10018


Kilogram Garment Company
Xinyin Industrial Village
Xintang Industrial Processing Zone
Guangzhou, Guangdong, China,


KIP/PR
154 Grand Steet
6th Floor
New York, NY 10013


Label Care Plus
3565 Rue Jarry Est, #502
Montreal, Quebec,  H1Z 2G1


Larry Platenburg
1050 George Street, #9L
New Brunswick, NJ 08901


Licco Company Inc. a/k/a Licco Corp.
7/F Pearl Oriental Tower
225 Nathan Road
Tsimshatsui, Hong Kong,


LM Cohen & Company CPA
1359 Broadway
Suite 1202
New York, NY 10018


Lorrie Joy Markman
c/o Wilson Elser et al.
1133 Westchester Avenue
White Plains, NY 10604


LSQ Funding Group L.C.
Buchalter Nemar, P.C.
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Made in Brighton
Unit 1.8 Paintworks
Bath Road
Bristol, UK,  BS4 3EH


Mainfreight, Inc.
1400 Glenn Curtiss
Carson, CA 90746


Man Lei Cheung a/k/a Nina Cheung
10453 48th Court E.
Parrish, FL 34219


Marc Saltzman
c/o Steven Mitchell Sack, Esq.
110 East 59th Street, 19th Floor
New York, NY 10022


Maria Ortega
275 Ft. Washington Avenue
#7B
New York, NY 10032


Marie Claire/Hearst Publishing
P.O. Box 25883
Lehigh Valley, PA 18002


Mario's Private Car & Limousine Service
217 West 259th Street
Suite 24
Bronx, NY 10471


Marlee Hirsch
3 Division Street
Somerville, NJ 08876


Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101-3604

Matty Lam
49 Sunset Avenue
Staten Island, NY 10314


Michael Samuel, Esq.
Samuel & Stein
38 West 32nd Street, Ste. 1110
New York, NY 10001


Morris Zinn
234 Willard Drive
Hewlett, NY 11557


Nesenoff & Miltenberg, LLP
363 Seventh Avenue
5th Floor
New York, NY 10001


New England Apparel Club
c/o Steven Mitchell Sack, Esq.
110 East 59th Street, 19th Floor
New York, NY 10022


Nicole Spitz
2005 Laura Lane
Harrisburg, PA 17110


Ningbo Huayi Garments Co. Ltd.
No. 11, Dongqian Lake Area
Yinxian Avenue
Ningbo, Zhejiang, China,


Ningbo Ningshing Trading Group Inc.
Tianning Mansion
138 Zhongshan Road West
Ningbo City, Zhejiang, China,


NYC Dept. of Finance
345 Admas Street
3rd Floor, Legal
Brooklyn, NY 11201

NYC Dept. of Finance
345 Adams Street, 3rd Floor, Attn: Legal
Brooklyn, NY 11201


NYC Law Dept.
100 Church Street
New York, NY 10007


NYS Attorney General
120 Broadway
New York, NY 10271


NYS Dept. of Taxation & Finance
Bankruptcy/Special Procs., P.O. Box 5300
Albany, NY 12205-0300


NYS Unemployment Insurance Fund
P.O. Box 551
Albany, NY 12201


Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, NY 10014


Olivier DuPont, Esq.
The DuPont Law Group PLLC
61 Broadway, Ste. 3000
New York, NY 10006


On Deck Capital, Inc.
1400 Broadway
New York, NY 10018


One Source Risk Mgmnt. & Funding
30 Saint Laurent Drive
Hudson, NH 03051

Paul Kelley
45 Lincoln Way, #5
San Francisco, CA 94122


Penn Mutal Life Insurance Company
Payment Processing Center
P.O. Box 7460
Philadelphia, PA 19101-7460


Perfect Way Development Limited
Rm. 1201, No. 528 Hungxu Road
Fengdang Village
Dusnangang Town, Shanghai, China,  20110


Performance Team
P.O. Box 515176
Los Angeles, CA 90051-5176


Perry Fish
4802 N. Seeley Avenue, #2
Chicago, IL 60625


Philadelphia Indemnity Insurance Co.
c/o Wilson Elser et al.
1133 Westchester Avenue
White Plains, NY 10604


Pinghu Galaxy Garment Company
Hongni Development Zone
Danghu Street
Pinghu City, Zhejiang, China,


Pinghu Llan Garment Company
No. 192, 206 Danghu East Road
Danghu Street
Pinghu City, Zhejiang, China,


Pinghu Pingchen Garments Co. Ltd.
Fengdang Industrial Zone
Huanggu Pinghu
Jiaxing, Zhejiang, China,

Platzer, Swergold, Levine, Katz & Jaslow
475 Park Avenue South
New York, NY 10016


Qingdao Sunwell Garments Co. Ltd.
No. 22 Shandong Road
Junfu Mansion, Building B, 20C
Qingdao, China,


RGB Fast Fashion
116 First Place, #2
Brooklyn, NY 11231


Ricky Zinn
300 East 71st Street
New York, NY 10021


Rosenveig Strauber Waxman
3500 Boul. De Maisonneuve Ouest
Suite 1600
Westmount, QC, Canada,  H3Z 3C1


Royal Imaging NY LLC
320 West 37th Street
Suite 1102
New York, NY 10018


R-Pac International Corp.
132 West 36th Street
New York, NY 10018


Ruskin Moscou Faltischek, P.C.
855 Franklin Avenue
Garden City, NY 11530


Salon Marrow Newman & Broudy LLP
292 Madison Avenue
6th Floor
New York, NY 10017

Samantha Isom
524 Classon Avenue
Brooklyn, NY 11238


Sara Computers Inc.
40 West 37th Street
Suite 1104
New York, NY 10165


Sarah Melville
72 Stratford Place
New York, NY 11791


Sarah Rae Vargas
2647 Pecos Circle
Montgomery, IL 60538


Scanwell Logistics
1995 Linden Blvd.
Elmont, NY 11003


Sewing Collection Inc.
3113 E. 26th Street
Vernon, CA 90058


Shanghai U P Trade Co. Ltd.
Rm. 101, No. 66 Songtao Road
Pudong New District
Shanghai, China,


Shanghai Wintex Import & Export Co. Ltd.
Room 2105, 200 Siping Road
Syntex International Building
Shanghai, China,   200086


Sheehan & Company
437 Madison Avenue
29th Floor
New York, NY 10022

ShipStation
2815 Exposition Blvd.
Austin, TX 78703


Shootdigital
23 East 4th Street
New York, NY 10003


Shorenstein Realty Services East LLC
c/o Jeremy Krantz, Esq.
122 East 42nd Street, Suite 1518
New York, NY 10168


Sircle Media
115 East 57th Street
11th Floor
New York, NY 10022


SML Inc.
777 Main Street
Lewistin, ME 04240


Sofia Beskanova
31-85 Crescent Avenue
Apt. 309
Astoria, NY 11106


Source ID
9000 Henri Bourassa West
St. Laurent, QC, Canada,   H4S 1L5


Spring
P.O. Box 4181
Carol Stream, IL 60197-4181


Springtex International Co. Ltd.
5/F Springtex Building
Lijiaqiao, Qiyun Road
Ningbo, Zhejiang, China,

SPS Commerce
333 South 7th Street
Suite 1000
Minneapolis, MN 55402


Staples Advantage
P.O. Box 415256
Boston, MA 02241-4061


Steven Feiges
1013 Saint Croix Street
Hudson, WI 54016


Steven Mitchell Sack, Esq.
110 East 59th Street
19th Floor
New York, NY 10022


Steven Swedlow
c/o Steven Mitchell Sack, Esq.
110 East 59th Street, 19th Floor
New York, NY 10022


Studio on Fire
825 Carleton Street
St. Paul, MN 55114


Suzhou Broadwide Imp. & Exp. Co. Ltd.
No. 1 Tianedang Road
Wuzhong Plaza
Suzhou, Jiangsu, China,  215104


Suzhou Guoxin Wangshun Import & Export C
No. 105, Shanghai Road
Suzhou, Jiangsu, China,  215400


Suzhou Xinda Huatai Imp. & Exp. Co., Ltd
No. 485 Panxu Road
Canglang District
Suzhou, Jiangsu, China,  215007

Suzhou Yuanda Enterprise Co. Ltd.
No. 1 Tianedang Road
Wuzhong Industry Plaza
Suzhou, Jiangsu, China,


Sylvia Zelinka
11231 NW 5th Street
Plantation Acre, FL 33325


Texfabco
262 West 38th Street
Suite 1501
New York, NY 10018


TGI Office Automation
120 3rd Street
Brooklyn, NY 15264-2111


TGI Office Automation
P.O. Box 642111
Pittsburgh, PA 15264


The Gilbert Company
1000 Riverside Drive
Keasbey, NJ 08832


The Style Council
242 West 36th Street
14th Floor
New York, NY 10018


Time Warner
41-61 Kissena Blvd.
Flushing, NY 11355


Tom Cody Design
260 W. 39th Street
6th Floor
New York, NY 10018

Tor LLC
16835 Algonquin Street, #195
Huntington Beach, CA 92649


Towerstream
P.O. Box 414061
Boston, MA 02241-4061


Travelers
P.O. Box 660317
Dallas, TX 75266-0317


Travelers Auto
P.O. Box 660307
Dallas, TX 75266-0307


U.S. Customs and Border Protection
Revenue Division
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278


U.S. Dept. of Justice
Box 55
Washington, District of Columbia 20044


ULG West
1000 New County Road
Secaucus, NJ 07094


Union Logistics Inc.
950 S. Hatcher Avenue
City of Industry, CA 91748


United States Attorney
One St. Andrews Plaza
New York, NY 10007

Verified Label & Print Inc.
7905 Hopi Place
Tampa, FL 33634


Veriship
1000 College Blvd.
Suite 235
Overland Park, KS 66210


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408


Verna Defoe
Unknown


Visual 2000 International Inc.
8690 Parc Ave., 2nd Floor
Montreal, QC, Canada,  H2N 1Y8


WGSN Inc.
130 Fifth Avenue
7th Floor
New York, NY 10011


Wilhelmina International Ltd.
300 Park Avenue South
New York, NY 10010


William Lee Kinnally, Jr., Esq.
665 Fifth Avenue
New York, NY 10022


Worldwide Express
116 North West Street
Suite 200
Raleigh, NC 27603

Wright National Flood Insurance
P.O. Box 33070
St. Petersburg, FL 33733-8003


Ye Kuang
Unknown


YRC Freight
P.O. Box 7914
Overland Park, KS 66211


Zhejiang Orient Holly Trading Co., Ltd.
Room 2601, No. 12 West Lake Avenue
Hangzhou, Zhejiang, China,